IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DONNA TRUJILLO,

    Plaintiff,

vs.                                    1:24-cv-00665-MIS-LF

BRYAN FOSTER,
HOME DEPOT USA, INC.
a/k/a THE HOME DEPOT,
and JOHN DOES 1-3,

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS PER SETTLEMENT

The parties have reached a negotiated resolution in this matter.

IT IS THEREFORE ORDERED that closing documents must be filed no later than **Wednesday, October 22, 2025**, absent a written motion showing good cause for an extension.

Laura Fashing
United States Magistrate Judge